

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00661-CV

Craig **DAVIS**,
Appellant

v.

**FIRST NATIONAL BANK OF SONORA**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 21-632
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: November 29, 2023

DISMISSED FOR LACK OF JURISDICTION

On June 30, 2023, appellant filed a notice of appeal stating his intent to appeal a June 1, 2023 order granting appellee's motion for summary judgment against appellant. The clerk's record reveals the June 1, 2023 order is interlocutory as claims remain pending in the trial court. The order also does not contain definite language of finality. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966); *see also Shockome v. Brendel*, No. 03-19-00813-CV, 2020 WL 579570, at *1 (Tex. App.—Austin Feb. 6, 2020, no pet.) ("Based on the record before us, it appears that the trial court has not yet

rendered a final judgment, and no statute authorizes an interlocutory appeal from the . . . denial of a motion for default judgment.").

Because no final order or judgment has been entered in the underlying case, on November 6, 2023, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. On November 15, 2023, appellant filed a written response that failed to establish the existence of our jurisdiction over this appeal. Therefore, we dismiss this appeal for lack of jurisdiction.

PER CURIAM